B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>**WESTERN DISTRICT OF TEXAS**<br>**EL PASO DIVISION** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BASIC SPORTS APPAREL, INC.** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **74-2651861** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**301 Williams**<br>**El Paso, TX**  ZIP CODE **79901** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**El Paso** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**301 Williams**<br>**El Paso, TX**  ZIP CODE **79901** | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**  (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Filing Fee**  (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration.  See Official Form 3B.

**Check one box:**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **BASIC SPORTS APPAREL, INC.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br><div align="right">Date</div> |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  **BASIC SPORTS APPAREL, INC.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _Corey W. Haugland_

**Corey W. Haugland**          Bar No. **09234200**

**James & Haugland P.C.**
**609 Montana Avenue**
**El Paso, TX 79902**

Phone No. **(915) 532-3911**          Fax No. **(915) 541-6440**

_April 21, 2014_
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**BASIC SPORTS APPAREL, INC.**

X_____
Signature of Authorized Individual

**Hilel Chowaiki**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

_4/21/2014_
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **BASIC SPORTS APPAREL, INC.** | § | **Case No. 14-_____** |
| | § | |
| **Debtor.** | § | |

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Hilel Chowaiki, declare under penalty of perjury that I am the President of BASIC SPORTS APPAREL, INC. (hereinafter referred to as the "Company"), and that on April 21, 2014, the following resolution was duly adopted by BASIC SPORTS APPAREL, INC.:

"WHEREAS, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court, Western District of Texas, El Paso Division, pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that, Hilel Chowaiki, President of this Company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that, Hilel Chowaiki, President of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that, Hilel Chowaiki, President of this Company, is authorized and directed to employ Corey W. Haugland, attorney and the law firm of James & Haugland, P.C. to represent the Company in such bankruptcy case."

**Executed** on this ___21 st___ day of ___April___, 2014.

**BASIC SPORTS APPAREL, INC.**

_____
Hilel Chowaiki, President

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:  **BASIC SPORTS APPAREL, INC.**

CASE NO

CHAPTER  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept: | **$1,213.00** | |
| Prior to the filing of this statement I have received: | **$1,213.00** | (See Attachment) |
| Balance Due: | **$0.00** | |

2. The source of the compensation paid to me was:

☑ Debtor  ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor  ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Attorney's fees for representation in Trademark Infringement case, for which representation is being provided on a 50% contingent fee basis.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

April 21, 2014
_____
Date

_____
Corey W. Haugland      Bar No.  09234200
James & Haugland P.C.
609 Montana Avenue
El Paso, TX 79902
Phone: (915) 532-3911 / Fax: (915) 541-6440

---

_____
**Hilel Chowaiki**
**President**

B 6 Summary (Official Form 6 - Summary) (12/13)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re  **BASIC SPORTS APPAREL, INC.**          Case No.

Chapter   **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $4,942,885.32 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $598,565.50 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $32,075.75 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $3,319,831.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 21 | $4,942,885.32 | $3,950,472.64 | |

B6A (Official Form 6A) (12/07)

In re **BASIC SPORTS APPAREL, INC.**                     Case No. _____
                                                                        (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |

|  |  | Total: | $0.00 |  |
|---|---|---|---|---|

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **BASIC SPORTS APPAREL, INC.**                                     Case No. _____

                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BBVA Compass Checking Acct xxxxxx6083 | | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **BASIC SPORTS APPAREL, INC.**　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Due from Recreational Equipment, Inc. | | $16,530.54 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Due from David Chowaiki (Net) | | $265,714.78 |
| | | Due from Hilel Chowaiki (Net) | | $37,248.99 |
| | | Due from El Paso DHC Enterprises, LLC (Net) | | $53,782.18 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **BASIC SPORTS APPAREL, INC.**                                  Case No. _____

                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Due from El Paso DHC Enterprises Far East, LLC  (Net) | $23,252.48 |
| | | Due from Chowaiki Holdings, LLC  (Net) | $740,285.71 |
| | | Due from DHC Realty, LLC  (Net) | $1,113,140.07 |
| | | Due from Spira Sportswear, LLC  (Net) | $6,730.26 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Grupo Arte Capital Corp. | $205,000.00 |
| | | Recreational Equipment, Inc. Claim for Fraud | Unknown |
| | | First Community Financial Claim for Fraud | Unknown |
| | | Gerald Rubin Claim for Fraud | Unknown |
| | | Grupo Espiral, LLC Claim for Trademark Infringement | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Trademark - Spiral® | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **BASIC SPORTS APPAREL, INC.**                    Case No. _____

                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture, Supplies, Computers | | $15,446.26 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment (sewing machines) (Juarez) | | $33,931.17 |
| 30. Inventory. | | El Paso/Juarez/Utah | | $2,431,822.88 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **BASIC SPORTS APPAREL, INC.**                    Case No. _____
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)          **Total >**   **$4,942,885.32**

B6C (Official Form 6C) (4/13)

In re  **BASIC SPORTS APPAREL, INC.**                                    Case No. _____
                                                                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*

☐   11 U.S.C. § 522(b)(2)
☐   11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |

| | | | |
|---|---|---|---|
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re **BASIC SPORTS APPAREL, INC.**              Case No. _____
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx3700<br><br>**BBVA Compass**<br>P.O. 797808<br>Dallas, TX 75379-7808 | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loans**<br>COLLATERAL:<br>**301 Williams, El Paso, TX**<br>REMARKS:<br><br>VALUE: $254,620.40 | | | | $254,620.40 | |
| ACCT #:<br><br>**El Paso County Tax Assessor/Collector**<br>P.O. Box 2992<br>El Paso, TX 79999 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Personal Property**<br>REMARKS:<br><br>VALUE: $2,447,268.00 | | | | $6,900.10 | |
| ACCT #:<br><br>**First Community Financial**<br>4000 N. Central Ave., Ste 100<br>Phoenix, AZ 85012 | X | DATE INCURRED: 02/18/2011<br>NATURE OF LIEN:<br>**Loans**<br>COLLATERAL:<br>**AR/Inventory/General Intangibles/Notes Receivabl**<br>REMARKS:<br><br>VALUE: $2,447,268.00 | | | | $337,045.00 | |
| | | | | | | | |
| | | Subtotal (Total of this Page) > | | | | $598,565.50 | $0.00 |
| | | Total (Use only on last page) > | | | | $598,565.50 | $0.00 |

___**No**___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re **BASIC SPORTS APPAREL, INC.**　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **BASIC SPORTS APPAREL, INC.**                                        Case No. _____
                                                                                          (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**City of Lakewood**<br>480 S. Allison Pkwy<br>Lakewood, CO 80226 | | DATE INCURRED:<br>CONSIDERATION:<br>**Sales Taxes**<br>REMARKS: | | | | $8,577.16 | $0.00 | $8,577.16 |
| ACCT #:<br>**Customs & Border Protection**<br>Attn: FP&F Officer<br>6650 Telecom Drive, Ste. 100<br>Indianapolis, IN 46278 | | DATE INCURRED: **02/24/2014**<br>CONSIDERATION:<br>**Other**<br>REMARKS:<br>**Penalty for Duty on ACH Plan** | | | | $1,000.00 | $1,000.00 | $0.00 |
| ACCT #:<br>**Internal Revenue Service**<br>Cincinatti, OH 45999-0150 | | DATE INCURRED: **09/30/2013**<br>CONSIDERATION:<br>**941 Taxes**<br>REMARKS: | | | | $5,187.39 | $5,187.39 | $0.00 |
| ACCT #:<br>**Internal Revenue Service**<br>Cincinatti, OH 45999-0150 | | DATE INCURRED: **12/31/2013**<br>CONSIDERATION:<br>**941 Taxes**<br>REMARKS: | | | | $17,311.20 | $17,311.20 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $32,075.75 | $23,498.59 | $8,577.16 |
| Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $32,075.75 | | |
| Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $23,498.59 | $8,577.16 |

B6F (Official Form 6F) (12/07)

In re   **BASIC SPORTS APPAREL, INC.**                                    Case No. _____
                                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**A+ Real Estate, LLC**<br>**1730 Bassett**<br>**El Paso, TX 79901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS: | | | | $950.00 |
| ACCT #:  **xx4058**<br>**ABF Freight System, Inc.**<br>**1321 Gail Borden Place**<br>**El Paso, TX 79935-5301** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $2,615.37 |
| ACCT #:  **xxxxxx-0002**<br>**ABF Multimodal**<br>**P.O. Box 10048**<br>**Ft. Smith, Arkansas 72917-0048** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $4,485.00 |
| ACCT #:<br>**Abraham Chowaiki**<br>**1037 Singing Hills**<br>**El Paso, TX 79912** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loans**<br>REMARKS: | | | | $3,958.23 |
| ACCT #:  **xxx-xxx246-2**<br>**AFS/IBEX Financial Services**<br>**P.O. Box 650786**<br>**Dallas, TX 75265-0786** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $217.82 |
| ACCT #:  **x7499**<br>**American & Efird, Inc.**<br>**P.O. Box 741988**<br>**Atlanta, GA 30374** | | DATE INCURRED:<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | $4,735.68 |

Subtotal >  $16,962.10

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

_____8_____continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **BASIC SPORTS APPAREL, INC.**                              Case No. _____
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxxxx-x3005<br>**American Express Gold**<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$20,374.26** |
| ACCT #:  xxxx-xxxxxx-x4034<br>**American Express Green**<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$59,538.93** |
| ACCT #:  xS005<br>**Atlas Sewing Parts & Supplies**<br>1630-D Texas Avenue<br>EL PASO, TX 79901 | | DATE INCURRED:<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | **$2,240.93** |
| ACCT #:  xxxxxx9330<br>**Checkpoint Systems, Inc.**<br>P.O. Box 8538-0379<br>Philadelphia, PA 19171-0379 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | **$5,372.89** |
| ACCT #:<br>**David Aelvoet**<br>Linebarger, Goggan, Blair<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Diana Mallum**<br>22548 Alabado<br>San Antonio, TX 78261 | | DATE INCURRED:<br>CONSIDERATION:<br>**Loans**<br>REMARKS: | | | | **$56,589.20** |

Sheet no. ___1___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >          **$144,116.21**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **BASIC SPORTS APPAREL, INC.**          Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**El Paso DHC Enterprises West**<br>**301 Williams**<br>**El Paso, TX 79901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loans**<br>REMARKS: | | | | $629,715.54 |
| ACCT #:<br>**El Paso Disposal**<br>**P.O. Box 660177**<br>**Dallas, TX 75266-0177** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $1,336.37 |
| ACCT #:  **xxxx8421**<br>**Expeditors Intl of Wash**<br>**P.O. Box 960699**<br>**EL PASO, TX 79996** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $6,062.63 |
| ACCT #:  **xxxx6412**<br>**Fed Ex Freight**<br>**Dept CH P.O. Box 10306**<br>**Palatine, IL 60055-0306** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $11,857.41 |
| ACCT #:  **xxxx-x155-8**<br>**Federal Express**<br>**P.O. Box 660481**<br>**Dallas, TX 75266-0481** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $6,039.06 |
| ACCT #:<br>**GECU**<br>**1225 Airway**<br>**El Paso, TX 79925** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Loans**<br>REMARKS: | | | | $1,370,213.93 |

Sheet no. __2__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $2,025,224.94 |
|---|---|---|
|  | Total > (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **BASIC SPORTS APPAREL, INC.**                    Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Harrel L. Davis, III**<br>**Gordon, Davis, Johnson & Shane.**<br>**4695 North Mesa, Suite 100**<br>**El Paso, Texas 79912** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Internal Revenue Service**<br>**P. O. Box 7346**<br>**Philadelphia, PA  19101-7346** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxnown**<br>**Jefswin**<br>**14/F, No. 157**<br>**5 Min Shen E. Rd.**<br>**Taipei, Taiwan** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$11,992.04** |
| ACCT #:<br>**Jesse Esparza**<br>**2929 Titanic**<br>**EL Paso, TX 79904** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loans**<br>REMARKS: | | | | **$13,769.67** |
| ACCT #:<br>**Jesus Esparza**<br>**5301 Pikes Peak**<br>**El Paso, TX 79904** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loans**<br>REMARKS: | | | | **$100,000.00** |
| ACCT #:<br>**Leo Gus Haddad**<br>**2400 Montana Ave, Ste. 5**<br>**El Paso, TX 79903** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loans**<br>REMARKS: | | | | **$50,000.00** |

Sheet no. ___3___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$175,761.71**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **BASIC SPORTS APPAREL, INC.**                                    Case No. _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  x5231<br>Maderia USA, Ltd.<br>P.O. Box 6068<br>Laconia, NH 03246 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $322.66 |
| ACCT #:<br>Milberg Factors, Inc.<br>c/o Stephen C. Nickey<br>1201 N. Mesa, Suite B<br>El Paso, TX 79902 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $176,693.00 |
| ACCT #:<br>Nadia Chowaiki<br>1037 Singing Hills<br>El Paso, TX 79912 | | DATE INCURRED:<br>CONSIDERATION:<br>**Loans**<br>REMARKS: | | | | $612,905.34 |
| ACCT #:  xxS-002<br>Nexgen Packaging<br>718-B State Street<br>Santa Barbara, CA 93101 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $1,681.56 |
| ACCT #:  xx2132<br>Paxar Far East Ltd Graphics<br>P.O. Box 7247<br>Philadelphis, PA 19170-7506 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $3,794.27 |
| ACCT #:  1094<br>Polartec, LLC<br>P.O. Box 842860<br>Boston, MA 02284-2860 | | DATE INCURRED:<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | $68,376.30 |

Sheet no. ____4____ of ____8____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $863,773.13

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **BASIC SPORTS APPAREL, INC.**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **ProTech Home System** <br> **7370 Temcon Circle** <br> **El Paso, TX 79912** | | DATE INCURRED: <br> CONSIDERATION: **Other** <br> REMARKS: | | | | $1,082.50 |
| ACCT #: <br> **Provo Town Center** <br> **1200 Towne Center Blvd.** <br> **Provo, UT 84601** | | DATE INCURRED: <br> CONSIDERATION: **Lease Agreement** <br> REMARKS: | | | | $2,500.00 |
| ACCT #: <br> **Racy L. Haddad** <br> **901 S. Mopac Expressway** <br> **Barton Oaks Plaza One, Ste. 300** <br> **Austin, TX 78746** | | DATE INCURRED: <br> CONSIDERATION: **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Recreational Equipment, Inc.** <br> **1700 45th Street East** <br> **Sumner, WA 98352** | | DATE INCURRED: <br> CONSIDERATION: **Other** <br> REMARKS: | | | X | $1.00 |
| ACCT #: **BS01** <br> **RM Customhouse Brokers, Inc.** <br> **4707 Montana, Ste. 203** <br> **El Paso, TX 79903** | | DATE INCURRED: <br> CONSIDERATION: **Other** <br> REMARKS: | | | | $5,541.92 |
| ACCT #: <br> **Roberto Torres, CPA** <br> **P.O. Box 26608** <br> **El Paso, TX 79926-6608** | | DATE INCURRED: <br> CONSIDERATION: **Other** <br> REMARKS: | | | | $14,398.00 |

Sheet no. __5__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $23,523.42

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **BASIC SPORTS APPAREL, INC.**                    Case No. _____

                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Rudolph Miles Warehouse**<br>**301 N. Concepcion**<br>**El Paso, TX 79905** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease Agreement**<br>REMARKS: | | | | $759.20 |
| ACCT #:<br>**Shanhai Maxim Garment Accesso**<br>**No. 643 Hongzhong Road**<br>**Shanghai 201103 China** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $1,807.10 |
| ACCT #:<br>**Spinning Wheels Express**<br>**Brokerage Division**<br>**152 Lynnway - Ste. 2-D**<br>**Lynn, MA 01902** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $3,676.50 |
| ACCT #:<br>**Sprint**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197-4181** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $7,450.77 |
| ACCT #:<br>**Stephen H. Nickey**<br>**1201 N. Mesa, Suite B**<br>**El Paso, TX 79902** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**SupplyOne Tucson, Inc.**<br>**P.O. Box 676685**<br>**Dallas, TX 75267-6685** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $7,181.60 |

Sheet no. ___6___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                    | $20,875.17 |

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **BASIC SPORTS APPAREL, INC.**                    Case No. _____

                                                                    (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Texas Workforce Commission**<br>**TEC Building - Bankruptcy**<br>**101 East 15th Street**<br>**Austin, TX 78778** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  631<br>**TexTape, Inc.**<br>**915 Pendale Rd.**<br>**El Paso, TX 79907** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | **$817.32** |
| ACCT #:<br>**TradeLink Technologies, Inc.**<br>**725 Providence ROad, Ste. 319**<br>**Charlotte, NC 28207** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | **$2,117.24** |
| ACCT #:  xxxxx7148<br>**Travelers**<br>**CL Remittance Center**<br>**P.O. Box 660317**<br>**Dallas, TX 75266-0317** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | **$4,882.00** |
| ACCT #:  xx7518<br>**United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$2,048.96** |
| ACCT #:<br>**United States Attorney**<br>**601 N.W. Loop 410, Suite 600**<br>**San Antonio, Texas 78216** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___7___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                  **$9,865.52**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **BASIC SPORTS APPAREL, INC.**                Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**United States Trustee**<br>**P.O. Box 1539**<br>**San Antonio, TX 78295** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trustee**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxx0001**<br>**Verizon Wireless**<br>**P.O. Box 660108**<br>**Dallas, TX 75266-0108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | **$858.83** |
| ACCT #:  **xxxxxxxxxxx3716**<br>**Wells Fargo Credit Card**<br>**NW 7091 P.O. Box 1450**<br>**Minneapolis, MN 55485** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$32,800.77** |
| ACCT #:  **xxxxx6837**<br>**Xerox Corporation**<br>**P.O. Box 827598**<br>**Philadelphia, PA 19182-7598** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | **$991.09** |
| ACCT #:  **xxxxxx7428**<br>**XPEDX**<br>**6839 Market**<br>**El Paso, TX 79915** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | **$4,921.50** |
| ACCT #:  **xxxxx050V**<br>**YRC Freight**<br>**P.O. Box 730375**<br>**Dallas, TX 75373-0375** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | **$157.00** |

Sheet no. ___8___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | **$39,729.19** |
| Total > <br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | **$3,319,831.39** |

B6G (Official Form 6G) (12/07)

In re **BASIC SPORTS APPAREL, INC.**                                    Case No. _____
                                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **A+ Plus Real Estate**<br>1730 Bassett<br>El Paso, TX 79901 | Lease of Warehouse in Courtyard at 1730 Bassett |
| **Hiett Pharr & Associates, LLC**<br>2211 E. Missouri, N221<br>El Paso, TX 79903 | Lease of 1141 Larry Mahan, Suites E and H, El Paso, Texas |
| **Hilel Chowaiki**<br>1037 Singing Hills<br>El Paso, TX 79912 | Lease of 301 Williams, El Paso, Texas |
| **Quality Distribution, Inc.**<br>421 John Glenn Road<br>Salt Lake City, UT 84116 | Bailee Letter FCF/BSA |
| **Rudolph Miles Warehouse**<br>301 N. Concepcion<br>El Paso, TX 79905 | Bailee Letter FCF/BSA |

B6G (Official Form 6G) (12/07)

In re  **BASIC SPORTS APPAREL, INC.**                    Case No. _____
                                                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **The Mills-a Simon Company**<br>14500 W. Colfax, Ste. 100<br>Lakewood, CO 80401 | Lease of Colorado Mills, 14500 W. Colfax Ave., Suite 180, Lakewood, CO 80401Suite 180 |

B6H (Official Form 6H) (12/07)

In re **BASIC SPORTS APPAREL, INC.**                                         Case No. _____
                                                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Chowaiki**<br>501 Sand Bar Ct.<br>El Paso, TX 79922 | **First Community Financial**<br>4000 N. Central Ave., Ste 100<br>Phoenix, AZ 85012 |
| **David Chowaiki**<br>501 Sand Bar Ct.<br>El Paso, TX 79922 | **BBVA Compass**<br>P.O. 797808<br>Dallas, TX 75379-7808 |
| **David Chowaiki**<br>501 Sand Bar Court<br>El Paso, TX 79922 | **American Express Gold**<br>P.O. Box 650448<br>Dallas, TX 75265-0448 |
| **David Chowaiki**<br>501 Sand Bar Court<br>El Paso, TX 79922 | **GECU**<br>1225 Airway<br>EL Paso, TX 79925 |
| **Hilel Chowaiki**<br>1037 Singing Hills<br>El Paso, TX 79912 | **First Community Financial**<br>4000 N. Central Ave., Ste 100<br>Phoenix, AZ 85012 |
| **Hilel Chowaiki**<br>1037 Singing Hills<br>El Paso, TX 79912 | **BBVA Compass**<br>P.O. 797808<br>Dallas, TX 75379-7808 |
| **Hilel Chowaiki**<br>1037 Singing Hills<br>El Paso, TX 79912 | **GECU**<br>1225 Airway<br>EL Paso, TX 79925 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **BASIC SPORTS APPAREL, INC.**                              Case No. _____

                                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **23** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date ___4/21/20 14_____        Signature _____

                                                          **Hilel Chowaiki**
                                                          **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re:  **BASIC SPORTS APPAREL, INC.**                         Case No. _____

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None  ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $5,814,664.09 | 2012 Sales |
| $3,474,886.22 | 2013 Sales |
| $382,770.39 | 2014 Sales to Date |

### 2. Income other than from employment or operation of business

None  ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None  ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  ☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Jefswin 14/F, No. 157 5 Min Shen E. Rd. Taipei, Taiwan | January 24, 2014 | $9,183.13 | $11,992.04 |
| American & Efird, Inc. P.O. Box 741988 Atlanta, GA 30374 | January 31, 2014 | $13,287.02 | $4,735.68 |

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re:  **BASIC SPORTS APPAREL, INC.**                    Case No. _____

                                                                           (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☑  c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐  a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Milberg Factors, Inc.  vs.  Basic Sports Apparel, Inc., Hilel Chowaiki and David Chowaiki; Cause Number 2013DCV3114 | Collection | IN THE COUNTY COURT AT LAW NUMBER SIX FOR EL PASO COUNTY, TEXAS | Settled |
| Grupo Arte Capital Corp., Plaintiff and Counter-Defendant v. Spira Sportswear, LLC,  Basic Sports Apparel, Inc., Hilel Chowaiki and David Chowaiki, Defendants, Counter-Plaintiffs and Third-Party Plaintiffs v. Armando C.  Moreno and Arturo Moreno, Third-Party Defendants; Cause Number 2013DCV-2038 | Collection/Counterclaim for Usury | IN THE COUNTY COURT AT LAW NUMBER THREE EL PASO COUNTY, TEXAS | Pending |
| Leo Gus Haddad, Trustee, Plaintiff, vs. Hilel Nahmad Chowaiki, Individually, David Namhad Chowaiki, Individually, Basic Sports Apparel, Inc., and Chowaiki Holdings, LLC, Defendants.; Cause No. 2013dcv2487; | Collection | County Court at Law Number Seven, El Paso County Texas | Pending |
| GECU vs.  Basic Sports Apparel, Inc., DHC Ralner, LLC, El Paso DHC Enterprises, LP, El Paso DHC Enterprises Far East, LLC, El Paso DHC Enterprises West, LP, DHC Genpar, LLC, David Chowaiki, Hilel Chowaiki; Cause Number 2014DCV0811 | Collection | IN THE DISTRICT COURT FOR EL PASO COUNTY, TEXAS 41ST JUDICIAL DISTRICT COURT | Pending |

---

None
☑  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re: **BASIC SPORTS APPAREL, INC.**                    Case No. _____

                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑ List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| James & Haugland P.C. 609 Montana Avenue El Paso, TX 79902 | 04/21/2014 | $1,213.00 |

---

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re:  **BASIC SPORTS APPAREL, INC.**                        Case No. _____

                                                                           (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| JP Morgan Chase Bank | Checking -- xxxxx7692 | $98.06  April 10, 2014 |

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re:  **BASIC SPORTS APPAREL, INC.**                    Case No. _____
                                                                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

#### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

#### 18. Nature, location and name of business

None ☑  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

None ☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re: **BASIC SPORTS APPAREL, INC.**                              Case No. _____
                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

---

## 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Roberto Torres, CPA**<br>**121 Paragon Lane**<br>**El Paso, Texas 79912** | **2009 to Current** |

---

None ☑   b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Roberto Torres, CPA**<br>**121 Paragon Lane**<br>**El Paso, Texas 79912** | **2009 to Current** |

---

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **BBVA Compass**<br>**P.O. 797808**<br>**Dallas, TX 75379-7808** | **Unknown** |
| **First Community Financial**<br>**4000 N. Central Ave., Ste 100**<br>**Phoenix, AZ 85012** | **Unknown** |
| **GECU**<br>**1225 Airway**<br>**El Paso, TX 79925** | **Unknown** |
| **Milberg Factors, Inc.**<br>**99 Park Avenue, 21st Floor**<br>**New York, NY 10016** | **Unknown** |
| **Polartec**<br>**46 Stafford Street**<br>**Lawrence, MA 01842** | **Unknown** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re:   **BASIC SPORTS APPAREL, INC.**                        Case No. _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

**20. Inventories**

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Hilel Chowaiki**<br>**1037 Singing Hills**<br>**El Paso, TX 79912** | **President** | **50%** |
| **David Chowaiki**<br>**501 Sand Bar Court**<br>**El Paso, Texas 79922** | **Vice President** | **50%** |

---

**22. Former partners, officers, directors and shareholders**

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑   b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re: **BASIC SPORTS APPAREL, INC.**                    Case No. _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  4/21/2014                              Signature _____

                                                                    **Hilel Chowaiki**
                                                                    **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:  **BASIC SPORTS APPAREL, INC.**

Case No.

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| GECU<br>1225 Airway<br>EL Paso, TX 79925 | | Loans | | $1,370,213.93 |
| El Paso DHC Enterprises West<br>301 Williams<br>El Paso, TX 79901 | | Loans | | $629,715.54 |
| Nadia Chowaiki<br>1037 Singing Hills<br>El Paso, TX 79912 | | Loans | | $612,905.34 |
| Milberg Factors, Inc.<br>c/o Stephen C. Nickey<br>1201 N. Mesa, Suite B<br>El Paso, TX 79902 | | Other | | $176,693.00 |
| Jesus Esparza<br>5301 Pikes Peak<br>El Paso, TX 79904 | | Loans | | $100,000.00 |
| Polartec, LLC<br>P.O. Box 842860<br>Boston, MA 02284-2860 | | Purchase Money | | $68,376.30 |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:   **BASIC SPORTS APPAREL, INC.**

Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| American Express Green<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | Credit Card | | $59,538.93 |
| Diana Mallum<br>22548 Alabado<br>San Antonio, TX 78261 | | Loans | | $56,589.20 |
| Leo Gus Haddad<br>2400 Montana Ave, Ste. 5<br>El Paso, TX 79903 | | Loans | | $50,000.00 |
| Wells Fargo Credit Card<br>NW 7091 P.O. Box 1450<br>Minneapolis, MN 55485 | | Credit Card | | $32,800.77 |
| American Express Gold<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | Credit Card | | $20,374.26 |
| Internal Revenue Service<br>Cincinatti, OH 45999-0150 | | 941 Taxes | | $17,311.20 |
| Roberto Torres, CPA<br>P.O. Box 26608<br>El Paso, TX 79926-6608 | | Other | | $14,398.00 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE:  **BASIC SPORTS APPAREL, INC.**                          Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jesse Esparza<br>2929 Titanic<br>EL Paso, TX 79904 | | Loans | | $13,769.67 |
| Jefswin<br>14/F, No. 157<br>5 Min Shen E. Rd.<br>Taipei, Taiwan | | Unknown | | $11,992.04 |
| Fed Ex Freight<br>Dept CH P.O. Box 10306<br>Palatine, IL 60055-0306 | | Other | | $11,857.41 |
| City of Lakewood<br>480 S. Allison Pkwy<br>Lakewood, CO 80226 | | Sales Taxes | | $8,577.16 |
| Sprint<br>P.O. Box 4181<br>Carol Stream, IL 60197-4181 | | Other | | $7,450.77 |
| SupplyOne Tucson, Inc.<br>P.O. Box 676685<br>Dallas, TX 75267-6685 | | Other | | $7,181.60 |
| Expeditors Intl of Wash<br>P.O. Box 960699<br>EL Paso, TX 79996 | | Other | | $6,062.63 |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:   **BASIC SPORTS APPAREL, INC.**

Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __4/21/2014_____          Signature: _____

**Hilel Chowaiki**
**President**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

IN RE:   **BASIC SPORTS APPAREL, INC.**

CASE NO

CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/21/2014

Signature

**_Hilel Chowaiki_**
**_President_**

Date

Signature

A+ Plus Real Estate
1730 Bassett
El Paso, TX 79901


A+ Real Estate, LLC
1730 Bassett
El Paso, TX 79901


ABF Freight System, Inc.
1321 Gail Borden Place
El Paso, TX 79935-5301


ABF Multimodal
P.O. Box 10048
Ft. Smith, Arkansas 72917-0048


Abraham Chowaiki
1037 Singing Hills
El Paso, TX 79912


AFS/IBEX Financial Services
P.O. Box 650786
Dallas, TX 75265-0786


American & Efird, Inc.
P.O. Box 741988
Atlanta, GA 30374


American Express Gold
P.O. Box 650448
Dallas, TX 75265-0448


American Express Green
P.O. Box 650448
Dallas, TX 75265-0448

Atlas Sewing Parts & Supplies
1630-D Texas Avenue
EL Paso, TX 79901


BBVA Compass
P.O. 797808
Dallas, TX 75379-7808


Checkpoint Systems, Inc.
P.O. Box 8538-0379
Philadelphia, PA 19171-0379


City of Lakewood
480 S. Allison Pkwy
Lakewood, CO 80226


Customs & Border Protection
Attn: FP&F Officer
6650 Telecom Drive, Ste. 100
Indianapolis, IN 46278


David Aelvoet
Linebarger, Goggan, Blair
711 Navarro, Suite 300
San Antonio, TX 78205


David Chowaiki
501 Sand Bar Ct.
El Paso, TX 79922


David Chowaiki
501 Sand Bar Court
El Paso, TX 79922


Diana Mallum
22548 Alabado
San Antonio, TX 78261

El Paso County Tax Assessor/Collector
P.O. Box 2992
El Paso, TX 79999


El Paso DHC Enterprises West
301 Williams
El Paso, TX 79901


El Paso Disposal
P.O, Box 660177
Dallas, TX 75266-0177


Expeditors Intl of Wash
P.O. Box 960699
EL Paso, TX 79996


Fed Ex Freight
Dept CH P.O. Box 10306
Palatine, IL 60055-0306


Federal Express
P.O. Box 660481
Dallas, TX 75266-0481


First Community Financial
4000 N. Central Ave., Ste 100
Phoenix, AZ 85012


GECU
1225 Airway
EL Paso, TX 79925


Harrel L. Davis, III
Gordon, Davis, Johnson & Shane.
4695 North Mesa, Suite 100
El Paso, Texas 79912

Hiett Pharr & Associates, LLC
2211 E. Missouri, N221
El Paso, TX 79903


Hilel Chowaiki
1037 Singing Hills
El Paso, TX 79912


Internal Revenue Service
Cincinatti, OH 45999-0150


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA  19101-7346


Internal Revenue Service
P. O. Box 21126
Philadelphia, PA  19114


Jefswin
14/F, No. 157
5 Min Shen E. Rd.
Taipei, Taiwan


Jesse Esparza
2929 Titanic
EL Paso, TX 79904


Jesus Esparza
5301 Pikes Peak
El Paso, TX 79904


Leo Gus Haddad
2400 Montana Ave, Ste. 5
El Paso, TX 79903

```
Maderia USA, Ltd.
P.O. Box 6068
Laconia, NH 03246



Milberg Factors, Inc.
c/o Stephen C. Nickey
1201 N. Mesa, Suite B
El Paso, TX 79902


Nadia Chowaiki
1037 Singing Hills
El Paso, TX 79912



Nexgen Packaging
718-B State Street
Santa Barbara, CA 93101



Paxar Far East Ltd Graphics
P.O. Box 7247
Philadelphis, PA 19170-7506



Polartec, LLC
P.O. Box 842860
Boston, MA 02284-2860



ProTech Home System
7370 Temcon Circle
El Paso, TX 79912



Provo Town Center
1200 Towne Center Blvd.
Provo, UT 84601



Quality Distribution, Inc.
421 John Glenn Road
Salt Lake City, UT 84116
```

Racy L. Haddad
901 S. Mopac Expressway
Barton Oaks Plaza One, Ste. 300
Austin, TX 78746


Recreational Equipment, Inc.
1700 45th Street East
Sumner, WA 98352


RM Customhouse Brokers, Inc.
4707 Montana, Ste. 203
El Paso, TX 79903


Roberto Torres, CPA
P.O. Box 26608
El Paso, TX 79926-6608


Rudolph Miles Warehouse
301 N. Concepcion
El Paso, TX 79905


Shanhai Maxim Garment Accesso
No. 643 Hongzhong Road
Shanghai 201103 China


Spinning Wheels Express
Brokerage Division
152 Lynnway - Ste. 2-D
Lynn, MA 01902


Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


Stephen H. Nickey
1201 N. Mesa, Suite B
El Paso, TX 79902

SupplyOne Tucson, Inc.
P.O. Box 676685
Dallas, TX 75267-6685


Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778


TexTape, Inc.
915 Pendale Rd.
El Paso, TX 79907


The Mills-a Simon Company
14500 W. Colfax, Ste. 100
Lakewood, CO 80401


TradeLink Technologies, Inc.
725 Providence ROad, Ste. 319
Charlotte, NC 28207


Travelers
CL Remittance Center
P.O. Box 660317
Dallas, TX 75266-0317


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216


United States Trustee
P.O. Box 1539
San Antonio, TX 78295

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108


Wells Fargo Credit Card
NW 7091 P.O. Box 1450
Minneapolis, MN 55485


Xerox Corporation
P.O. Box 827598
Philadelphia, PA 19182-7598


XPEDX
6839 Market
El Paso, TX 79915


YRC Freight
P.O. Box 730375
Dallas, TX 75373-0375